United States District Court
Southern District of Texas
**ENTERED**
February 15, 2023
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

STEVEN SCHEAFFER,
*Plaintiff,*

§
§
§
§
§
§
§
§
§

v.

CIVIL ACTION NO. 4:21-cv-2326

ALBERTSON'S LLC, ET AL.,
*Defendants.*

## ORDER ADOPTING MAGISTRATE JUDGE'S
## MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated January 30, 2023 (ECF 84) and no objections having been filed thereto, the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation (ECF 84) is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Defendant Hill Phoenix, Inc.'s Motions for Summary Judgment (ECF 77) is **GRANTED** and Plaintiff's claims against Hill Phoenix, Inc., are **DISMISSED WITH PREJUDICE**.

SIGNED at Houston, Texas this __*15th*__ day of February, 2023.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE