United States District Court
Southern District of Texas
**ENTERED**
February 22, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEVEN SCHEAFFER, *Plaintiff,* | § |
| v. | § CIVIL ACTION NO. 4:21-cv-2326 |
| ALBERTSON'S LLC, ET AL., *Defendants.* | § |

# ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated February 2, 2023 (ECF 85) and no objections having been filed thereto, the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation (ECF 85) is hereby **ADOPTED** by this Court.

It is therefore **ORDERED** that Defendant Danfoss, LLC's Motion for Summary Judgment (ECF 74) is **GRANTED** and Plaintiff's claims against Danfoss, LLC are **DISMISSED WITH PREJUDICE**.

**SIGNED** at Houston, Texas this 22 day of February, 2023.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE