United States District Court
Southern District of Texas
**ENTERED**
March 31, 2023
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| STEVEN SCHEAFFER, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:21cv2326 |
| | § | |
| ALBERTSON'S LLC, ET AL., | § | |
| *Defendants.* | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S
### MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum, Orders, and Recommendation dated March 2, 2023 (Dkt. 96), the Objections thereto (Dkt. 100), and the Response to the Objections thereto (Dkt. 101), the court is of the opinion that said Memorandum, Orders, and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum, Orders, and Recommendation (Dkt. 96) is hereby **ADOPTED** by this court.

It is further **ORDERED** that Defendant Randall's Food & Drugs LP's Motion for Summary Judgment (Dkt. 78) is **DENIED**.

**SIGNED** at Houston, Texas this _____**31st**_____ day of March, 2023.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE